[No. 7572–9–III.  Division Three.  January 15, 1987.]

BRETT W. BEARDALL, *Appellant,* v. THOMAS J.
MULLEN, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Stevens County, No. 84–2–00304–7, Larry M. Kristianson, J., entered May 15, 1985. *Reversed* by unpublished opinion per McInturff, C.J., concurred in by Green and Thompson, JJ.

[No. 15588–1–I.  Division One.  January 21, 1987.]

*In the Matter of the Estate of*
ROBERT H. JONES.

ANNA JONES, *Appellant,* v. MARY ROBERSON,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 79–4–01080–1, David C. Hunter, J., entered October 4, 1984. *Affirmed* by unpublished opinion per Noe, J. Pro Tem., concurred in by Scholfield, C.J., and Durham, J. Pro Tem.

[No. 15989–5–I.  Division One.  January 21, 1987.]

MARY HELEN BURNS, *Respondent,* v. JEFF SCHNOOR,
ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 84–2–00487–4, Marshall Forrest, J., entered January 11, 1985. *Affirmed* by unpublished opinion per Scholfield, C.J., concurred in by Ringold and Pekelis, JJ.